FILED
2017 Dec-29  AM 09:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

ELECTRONICALLY FILED
11/28/2017 3:18 PM
47-CV-2017-902026.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

IN THE CIRCUIT COURT OF

MADISON COUNTY, ALABAMA

CIVIL ACTION NO. CV 2017- _____

CINDY KIMBRELL DENTON, individually,

                                                    PLAINTIFF,

                                    VS.

WELTON T. CALDEIRA, individually; USA TRUCK, INC., a corporation; and ALFA MUTUAL INSURANCE COMPANY, a corporation; and Fictitious Defendants "A", whether singular or plural, those other persons, corporations, firms, or other entities whose negligence, wantonness, recklessness, willful, or wrongful conduct caused or contributed to cause the injuries and damages to the Plaintiff; "B", whether singular or plural, those other persons, corporations, firms, or other entities for whom the Defendant, WELTON T. CALDEIRA was acting as agent, servant, or employee at the time of the incident made the basis of this Complaint; "C", whether singular or plural, those other persons, corporations, firms, or other entities who owned the motor vehicle the Defendant, WELTON T. CALDEIRA was operating at the time of the incident made the basis of this Complaint; "D", whether singular or plural, those other persons, corporations, firms, or other entities who owned any cargo the Defendant, WELTON T. CALDEIRA was hauling at the time of the incident made the basis of this Complaint; "E", whether singular or plural, those other persons, corporations, firms, or other entities who loaded the truck the Defendant, WELTON T. CALDEIRA was driving at the time of the incident made the basis of this Complaint; "F", whether singular or plural, those other persons, corporations, firms, or other entities who entrusted the motor vehicle to the Defendant, WELTON T. CALDEIRA; "G", whether singular or plural, those other persons, corporations, firms, or other entities who or which had a contract with the Defendant, WELTON T. CALDEIRA at the time of the incident made the basis of this Complaint; "H", whether singular or plural, those other persons, corporations, firms, or other entities who or which controlled or had the right to control the Defendant, WELTON T. CALDEIRA, and/or the work being done at the time of the incident made the basis of this Complaint; "I", whether singular or plural, those other persons, corporations, firms, or other entities who issued automobile liability insurance policies having

uninsured/under insured benefits covering the vehicle upon which Plaintiff was occupying; Plaintiff avers that the identities of the fictitious parties defendant herein are otherwise unknown to plaintiff at this time or, if their names are known to plaintiff their identities as proper parties defendant are not known to plaintiff at this time, and their true names will be substituted by amendment when ascertained.

DEFENDANTS.

## COMPLAINT

**COMES** now the Plaintiff, CINDY KIMBRELL DENTON, and brings this her cause of action against the Defendants, WELTON T. CALDEIRA, USA TRUCK, INC., ALFA MUTUAL INSURANCE COMPANY, and the Fictitious defendants "A" through "I", as follows:

## STATEMENT OF PARTIES

1. The Plaintiff, Cindy Kimbrell Denton is over the age of nineteen (19) years, and resides in Marshall County, Alabama.

2. The Defendant, Welton T. Caldeira, is over the age of nineteen (19) years, and resides in Georgia and is an employee and/or agent of the Defendant, USA Truck, Inc.

3. The Defendant, USA Truck, Inc., is a corporation engaged in the trucking business, and its principal place of business is in Arkansas.

4. The Defendant, Alfa Mutual Insurance Company, is a domestic corporation engaged in business in Madison County, Alabama.

5. Fictitious Defendants "A", "B", "C", "D", "E", "F", "G", "H", & "I" described above are not known to plaintiff at this time, and their true names will be substituted by amendment when ascertained.

## COUNT ONE

6. Plaintiff re-alleges all prior paragraphs of the Complaint as if set out here in full.

7. On or about the 6th day of November, 2017, upon a public highway, to-wit: U.S. Highway 72 East between Shields Road and Campbell Drive in Madison County, Alabama, the Defendant, Welton T. Caldeira, negligently caused or allowed an eighteen wheeler truck which the Defendant, USA Truck, Inc., owned and/or operated to run into, upon, and against a vehicle in which the Plaintiff owned and operated.

8. As a proximate consequence of the negligence of the Defendants, the Plaintiff was caused to suffer the following injuries:

> "The Plaintiff sustained serious bodily injuries to her body as a whole. The Plaintiff has caused to incur great expenses in and about obtaining treatment for her injuries. She was caused to suffer great physical pain and mental anguish and will continue to suffer physical pain and mental anguish in the future. She will continue to incur great medical expenses in the future. Her physical capacity to do everyday activities and duties were completely diminished and she has temporary and permanent injuries and was caused to lose time from her employment and loss wages."

**WHEREFORE**, Plaintiff demands judgment against the Defendants for such sum of damages as the jury may find to be just and fair, plus costs.

## COUNT TWO

9. Plaintiff re-alleges all prior paragraphs of the Complaint as if set out here in full.

10. On or about the 6th day of November, 2017, upon a public highway, to-wit: U.S. Highway 72 East between Shields Road and Campbell Drive in Madison County, Alabama, the Defendant, Welton T. Caldeira, wantonly caused or allowed an eighteen wheeler truck which the Defendant, USA Truck, Inc., owned and/or operated to run into, upon, and against a vehicle which the Plaintiff owned and operated.

11. As a proximate consequence of the wanton conduct of the Defendants, the Plaintiff was caused to suffer the following injuries:

> "The Plaintiff sustained serious bodily injuries to her body as a whole. The Plaintiff has caused to incur great expenses in and about obtaining treatment for her injuries. She was caused to suffer great physical pain and mental anguish and will continue to suffer physical pain and mental anguish in the future. She will continue to incur great medical expenses in the future. Her physical capacity to do everyday activities and duties were completely diminished and she has temporary and permanent injuries and was caused to lose time from her employment and loss wages."

12. Plaintiff claims punitive damages of the Defendants due to the Defendants wanton conduct.

**WHEREFORE**, Plaintiff demands judgment against the Defendants for such sum of damages as the jury may find to be just and fair, plus costs.

## COUNT THREE

13. Plaintiff re-alleges all prior paragraphs of the Complaint as if set out here in full.

14. On or about the 6th day of November, 2017, upon a public highway, to-wit: U.S. Highway 72 East between Shields Road and Campbell Drive in Madison County, Alabama, USA Truck, Inc. negligently and/or wantonly entrusted the motor vehicle involved in the accident from which this arises to Welton T. Caldeira, knowing said Welton T. Caldeira to be a careless, heedless, or incompetent driver.

15. As a proximate result of said negligent and/or wanton entrustment, the Plaintiff was caused to suffer the following injuries:

> "The Plaintiff sustained serious bodily injuries to her body as a whole. The Plaintiff has caused to incur great expenses in and about obtaining treatment for her injuries. She was caused to suffer great physical pain and mental anguish and will continue to suffer physical pain and mental anguish in the future. She will continue to

incur great medical expenses in the future. Her physical capacity to do everyday activities and duties were completely diminished and she has temporary and permanent injuries and was caused to lose time from her employment and loss wages."

**WHEREFORE**, Plaintiff demands judgment against the Defendants for such sum of damages as the jury may find to be just and fair, plus costs.

## COUNT FOUR

16. Plaintiff re-alleges all prior paragraphs of the Complaint as if set out here in full.

17. The Defendant, USA Truck, Inc., is in the trucking business and hired Defendant, Welton T. Caldeira, as its agent, representative, servant and/or employee.

18. Defendant, Welton T. Caldeira, was operating a tractor trailer truck which collided with the vehicle occupied by the Plaintiff.

19. Defendant, USA Truck, Inc., was the Defendant Welton T. Caldeira principal and/or employer and had a duty to the Plaintiff to monitor and supervise its agents and/or employees.

20. Further, Defendant USA Truck, Inc. negligently, recklessly, and/or wantonly:

A. Hired Defendant, Welton T. Caldeira, as its agent, representative, servant, and/or employee to operate its tractor trailer truck.

B. Trained Defendant, Welton T. Caldeira, as its agent representative, servant, and/or employee to operate its tractor trailer truck.

C. Monitored Defendant, Welton T. Caldeira, as its agent, representative, servant, and/or employee to operate its tractor trailer truck.

D. Supervised Defendant, Welton T. Caldeira, as its agent, representative, servant, and/or employee to operate its tractor trailer truck.

E. Retained Defendant, Welton T. Caldeira, as its agent, representative, servant, and/or employee to operate its tractor trailer truck.

21. Defendant, USA Truck, Inc., knew or should have known of the unfitness of its employee, and/or agent, Defendant, Welton T. Caldeira.

22. The Defendant negligently and/or wantonly hired, trained, monitored, supervised, and/or retained Defendant, Welton T. Caldeira, and thereby caused, the Plaintiff's damages as previously described.

23. As a proximate consequence of the wrongful acts, the Plaintiff was caused to suffer the following injuries:

> "The Plaintiff sustained serious bodily injuries to her body as a whole. The Plaintiff has caused to incur great expenses in and about obtaining treatment for her injuries. She was caused to suffer great physical pain and mental anguish and will continue to suffer physical pain and mental anguish in the future. She will continue to incur great medical expenses in the future. Her physical capacity to do everyday activities and duties were completely diminished and she has temporary and permanent injuries and was caused to lose time from her employment and loss wages."

**WHEREFORE**, Plaintiff demands judgment against the Defendants for such sum of damages as the jury may find to be just and fair, plus costs.


## COUNT FIVE

24. Plaintiff re-alleges all prior paragraphs of the Complaint as if set out here in full.

25. The Defendant, ALFA MUTUAL INSURANCE COMPANY, issued policies of automobile insurance to insure the Plaintiff which policies included underinsured motorist coverage.

26. On or about the 6th day of November, 2017, upon a public highway, to-wit: U.S. Highway 72 East between Shields Road and Campbell Drive in Madison County, Alabama, the Plaintiff was injured in an automobile accident negligently and wantonly caused by the Defendants, Welton T. Caldeira and USA Truck, Inc.,

underinsured motorist. At the time of the accident, the policies of automobile insurance issued by the Defendant, ALFA MUTUAL INSURANCE COMPANY, which covered the Plaintiff were in force.

27. As a proximate result of the negligent and wanton conduct of the Defendants, Welton T. Caldeira and USA Truck, Inc., the Plaintiff was caused to suffer the following injuries and damages:

> "The Plaintiff sustained serious bodily injuries to her body as a whole. The Plaintiff has caused to incur great expenses in and about obtaining treatment for her injuries. She was caused to suffer great physical pain and mental anguish and will continue to suffer physical pain and mental anguish in the future. She will continue to incur great medical expenses in the future. Her physical capacity to do everyday activities and duties were completely diminished and she has temporary and permanent injuries and was caused to lose time from her employment and loss wages."

WHEREFORE, Plaintiff demands judgment against the Defendant, ALFA MUTUAL INSURANCE COMPANY, for the sum of limits of all available underinsured motorists coverage for the policies, interest, and costs.

BEARD & BEARD

BY: _____

P.J. Harris(HAR213)
Post Office Box 88
Guntersville, AL 35976
256-582-3189

BEARD & BEARD

BY: _____

Randy Beard (BEA017)
Post Office Box 88
Guntersville, AL 35976
256-582-3189

Plaintiff demands a trial by struck jury of all the issues in this cause.

_____

P.J. Harris

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2017-902026.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**CINDY KIMBRELL DENTON V. WELTON T CALDEIRA ET AL**

**NOTICE TO:** USA TRUCK, INC, POST OFFICE BOX 449, VAN BUREN, AR 72956

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
PIERCE JACKSON HARRIS JR.

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 88, GUNTERSVILLE, AL 35976

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL**
**PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of CINDY KIMBRELL DENTON

*(Name(s)*

pursuant to the Alabama Rules of the Civil Procedure.

| 11/28/2017 3:18:41 PM | /s/ DEBRA KIZER | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ PIERCE JACKSON HARRIS JR.

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**   7017 1450 0000 5081 6207

☐ Return receipt of certified mail received in this office on

☐ I certify that I personally delivered a copy of this Summons and _____ in

_____

*(Name of Person Served)*

Alabama on _____

*(Date)*

_____   _____

*(Type of Process Server)*   *(Server's Signature)*

_____

*(Server's Printed Name)*

**47-CV-2017-902026**
CINDY KIMBRELL DENTON V. WELTON

C001 - CINDY KIMBRELL DENTON   v.

*(Plaintiff)*

**SERVICE RETURN COPY**

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>47-CV-2017-902026.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### CINDY KIMBRELL DENTON V. WELTON T CALDEIRA ET AL

NOTICE TO: *D001*  WELTON T CALDEIRA, 1340 RIVER CLUB DRIVE NE, CONYERS, GA 30012

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S).
PIERCE JACKSON HARRIS JR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 88, GUNTERSVILLE, AL 35976

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of CINDY KIMBRELL DENTON pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 11/28/2017 3:18:41 PM | /s/ DEBRA KIZER | By: *mm* |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.  /s/ PIERCE JACKSON HARRIS JR.

*(Plaintiff's/Attorney's Signature)*

---

### RETURN ON SERVICE

7017 1450 0000 5081 6214

☐ Return receipt of certified mail received in this office on

☐ I certify that I personally delivered a copy of this Summons and

_____ in

*(Name of Person Served)*

Alabama on _____

*(Date)*

_____   _____
*(Type of Process Server)*       *(Server's Signature)*

_____
*(Server's Printed Name)*

**47-CV-2017-90202**
CINDY KIMBRELL DENTON V. WELTON

C001 - CINDY KIMBRELL DENTON          v.

*{Plaintiff}*

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®
PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

### SERVICE RETURN COPY

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>47-CV-2017-902026.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA
### CINDY KIMBRELL DENTON V. WELTON T CALDEIRA ET AL.

D003

NOTICE TO: ALFA MUTUAL INSURANCE COMPANY, 2108 EAST SOUTH BLVD, MONTGOMERY, AL 36116

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
PIERCE JACKSON HARRIS JR.

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: POST OFFICE BOX 88, GUNTERSVILLE, AL 35976

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of CINDY KIMBRELL DENTON
pursuant to the Alabama Rules of the Civil Procedure.                                  *[Name(s)]*

| 11/28/2017 3:18:41 PM | /s/ DEBRA KIZER | By: MM |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ PIERCE JACKSON HARRIS JR.
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

7017 1450 0000 5081 6191

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of this Summons and _____ in _____

_____
*(Name of Person Served)*

Alabama on _____
*(Date)*

_____        _____
*(Type of Process Server)*        *(Server's Signature)*

_____
*(Server's Printed Name)*

**47-CV-2017-90202(**
CINDY KIMBRELL DENTON V. WELTON

C001 - CINDY KIMBRELL DENTON          v.
*(Plaintiff)*

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®

**SERVICE RETURN COPY**

ELECTRONICALLY FILED
12/1/2017 9:13 AM
47-CV-2017-902026.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

## IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA

|  |  |  |
|---|---|---|
| CINDY KIMBRELL DENTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. CV-2017-902026 |
| | ) | **JURY DEMAND** |
| WELTON T. CALDEIRA; | ) | |
| USA TRUCK, INC., ALFA | ) | |
| MUTUAL INSURANCE COMPANY, | ) | |
| an Alabama Corporation; | ) | |
| and A through I, those persons or | ) | |
| entities whose names are unknown | ) | |
| to Plaintiff, but will be added by | ) | |
| amendment when learned, | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Justin A. Lackey and gives notice of his appearance as additional counsel of record for Plaintiff Cindy Kimbrell Denton in this case.

Respectfully submitted this 1st day of December, 2017.

_____/s/ Justin A. Lackey_____
Attorney for Plaintiff

OF COUNSEL:
**THE LACKEY LAW FIRM**
126 E. Peachtree Street
Scottsboro, Alabama 35768
PH: (256) 259-3929
justinlackeylaw@gmail.com

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document upon all attorneys of record and/or *pro se* parties in accordance with the Alabama Rules of Civil Procedure this 1st day of December, 2017.

_____/s/ Justin A. Lackey_____
OF COUNSEL

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2017-902026.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**CINDY KIMBRELL DENTON V. WELTON T CALDEIRA ET AL**

NOTICE TO: USA TRUCK, INC, THE CORPORATION TRUST CO. 1209 ORANGE ST., WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JUSTIN LACKEY

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 126 E. PEACHTREE STREET, SCOTTSBORO, AL 35768

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL**
**PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of DENTON CINDY KIMBRELL

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 12/1/2017 2:30:27 PM | /s/ DEBRA KIZER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.          /s/ JUSTIN LACKEY

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                          *(Name of County)*

Alabama on _____.

*(Date)*

_____  _____  _____
*(Type of Process Server)*          *(Server's Signature)*              *(Address of Server)*

_____  _____
                                              *(Server's Printed Name)*            *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>47-CV-2017-902026.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**CINDY KIMBRELL DENTON V. WELTON T CALDEIRA ET AL**

NOTICE TO: ALFA MUTUAL INSURANCE COMPANY, C/O H AL SCOTT, REG AGENT 2108 E. SOUTH BLVD., MONTGOMERY, AL 36116

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JUSTIN LACKEY ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 126 E. PEACHTREE STREET, SCOTTSBORO, AL 35768 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of DENTON CINDY KIMBRELL
pursuant to the Alabama Rules of the Civil Procedure.          *[Name(s)]*

| 12/1/2017 2:30:27 PM | /s/ DEBRA KIZER | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ JUSTIN LACKEY
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _____ .
*(Date)*

_____     _____     *(Address of Server)*
*(Type of Process Server)*          *(Server's Signature)*          _____

_____     _____
*(Server's Printed Name)*          *(Phone Number of Server)*

*Alias*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>47-CV-2017-902026.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**CINDY KIMBRELL DENTON V. WELTON T CALDEIRA ET AL**

**NOTICE TO:** USA TRUCK, INC. THE CORPORATION TRUST CO. 1209 ORANGE ST., WILMINGTON, DE 19801
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JUSTIN LACKEY
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 126 E. PEACHTREE STREET, SCOTTSBORO, AL 35768
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of DENTON CINDY KIMBRELL
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

| 12/1/2017 2:30:27 PM | /s/ DEBRA KIZER | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ JUSTIN LACKEY
*(Plaintiff's/Attorney's Signature)*

---

**RETURN ON SERVI**   7017 1450 0000 7903 5863

☐ Return receipt of certified mail received in this office on

☐ I certify that I personally delivered a copy of this Summons and Co

in

Alabama on _____
*(Date)*

_____   _____
*(Type of Process Server)*   *(Server's Signature)*

_____
*(Server's Printed Name)*

**47-CV-2017-902026.0**
CINDY KIMBRELL DENTON V. WELTON T

C001 - DENTON CINDY KIMBRELL   v.
*(Plaintiff)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Postmark Here

**SERVICE RETURN COPY**

*Alias*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>47-CV-2017-902026.00 |
|---|---|---|

*D003*

**IN THE CIRCUIT COURT OF MADISON COUNTY, ALABAMA**
**CINDY KIMBRELL DENTON V. WELTON T CALDEIRA ET AL**

NOTICE TO: ALFA MUTUAL INSURANCE COMPANY, C/O H AL SCOTT, REG AGENT 2108 E. SOUTH BLVD., MONTGOMERY, AL 36116

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S).
JUSTIN LACKEY
,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 126 E. PEACHTREE STREET, SCOTTSBORO, AL 35768      .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

- [ ] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.
- [x] Service by certified mail of this Summons is initiated upon the written request of DENTON CINDY KIMBRELL

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 12/1/2017 2:30:27 PM | /s/ DEBRA KIZER | By: mm |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

- [x] Certified Mail is hereby requested.      /s/ JUSTIN LACKEY

*(Plaintiff's/Attorney's Signature)*

---

**RETURN ON SERVICE**      7017 1450 0000 7903 5870

- [ ] Return receipt of certified mail received in this office on _____

- [ ] I certify that I personally delivered a copy of this Summons _____

in _____

_____
*(Name of Person Served)*

Alabama on _____
*(Date)*

_____      _____
*(Type of Process Server)*      *(Server's Signature)*

_____
*(Server's Printed Name)*

**47-CV-2017-902...**
CINDY KIMBRELL DENTON V. WEL...

C001 - DENTON CINDY KIMBRELL      v.
*(Plaintiff)*

**SERVICE RETURN COPY**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alfa Mutual Insurance Company
2108 East South Blvd
Montgomery, AL 36116
CV17-902026 D003 s/c



9590 9402 3038 7124 5508 57

2. Article Number (Transfer from service label)

7017 1450 0000 5081 6191

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Lisa Abro_   ☐ Agent
                ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

Lisa Abro                        12-1-17

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

FILED IN OFFICE

DEC – 4 2017

DEBRA KIZER
Clerk, Circuit Court Madison Co., AL

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



**USPS TRACKING #**

9590 9402 3036 7124 5508 57



First-Class Mail
Postage & Fees Pa
USPS
Permit No. G-10

United States
Postal Service

* Sender: Please print your name, address, and ZIP+4® in this box*

Debra Kizer, Circuit Clerk

Madison County Alabama

100 Northside Sq Room 821

Huntsville, AL 35801



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

USA Truck Inc.
P O Box 449
Van Buren, AR 72956
CV17-902026 D002 s/c

9590 9402 3038 7124 5508 40

2. Article Number (Transfer from service label)

7017 1450 0000 5081 6207

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _C. C. Clay_   ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

_C. Clay_

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:            ☐ No



FILED
DEC - 8 2017
DEBRA KIZER
Clerk, Circuit Court Madison Co., AL

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



USPS TRACKING #

First Class Mail
Postage & Fees Paid
USPS

9590 9402 3038 7124 5508 40

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Debra Kizer, Circuit Clerk
Madison County Alabama
100 Northside Sq Room 821
Huntsville, AL 35801

**SENDER:** *COMPLETE THIS SECTION*

**COMPLETE THIS SECTION ON DELIVERY**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _Cynthia Rogers_  ☐ Agent ☐ Addressee

B. Received by (Printed Name)  _Cynthia Rogers_    C. Date of Delivery

1. Article Addressed to:

Alfa Mutual Insurance Company
c/o H Al Scott, Reg Agent
2108 E. South Blvd
Montgomery, AL 36116
CV17-902026 D003 s/c

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

FILED IN OFFICE

DEC 11 2017

DEBRA KIZER
Clerk, Circuit Court Madison Co., AL



9590 9402 3041 7124 8441 58

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7017 1450 0000 7903 5870

PS Form **3811**, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #



**First-Class Mail**
**Postage & Fees Paid**
**USPS**
**Permit No. G-10**

9590 9402 3041 7124 8441 58

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Debra Kizer, Circuit Clerk

Madison County Alabama

100 Northside Sq Room 821

Huntsville, AL 35801



**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Amy McLaren*  ☐ Addressee

B. Received by *(Printed Name)*    RECEIVED    C. Date of Delivery    DEC 11 2017

1.

USA Truck Inc
c/o The Corporation Trust Co
1209 Orange St
Wilmington, DE 19801
CV17-902026 D002 s/c



D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

FILED IN OFFICE
DEC 22 2017
DEBRA KIZER
Clerk, Circuit Court Madison Co., AL

9590 9402 3041 7124 8441 41

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7017 1450 0000 7903 5863

PS Form **3811**, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 3041 7124 8441 41

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Debra Kizer, Circuit Clerk

Madison County Alabama

100 Northside Sq Room 821

Huntsville, AL 35801

